

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) 2:06-CR-002-RCJ-GWF |
| vs. | ) |
| LISA PERRY | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#376) on July 23, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $151,300.00

**Total Amount of Restitution ordered: $151,300.00\*\***
\*\*Joint and Several with co-defendants

Dated this 24th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE