**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Judgment Creditor,<br><br>        v.<br><br>LISA PERRY<br><br>        Judgment Debtor,<br><br>and<br><br>TAKE A BREAK TRAVEL, and its Successors or Assigns,<br><br>        Garnishee. | Case No.: 2:06-cr-00002-RCJ-GWF<br><br>**MOTION TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |

      The Plaintiff, the United States of America ("United States"), by counsel, JASON M. FRIERSON, United States Attorney for the District of Nevada, and SUMMER A. JOHNSON, Assistant United States Attorney, respectfully moves the Court to dissolve the Writ of Continuing Garnishment which was sought in connection with a criminal judgment dated July 6, 2007 (ECF No. 376) for the United States against LISA PERRY in case number 2:06-cr-00002-RCJ-GWF. The writ was issued to Garnishee, Take A Break Travel., and its successor or assigns, at 375 E. Warm Springs Rd., Ste. 202, Las Vegas, NV 89119 on July 7, 2022. ECF No. 672.

      A joint stipulation for an installment payment order has been filed in this case

1

between the United States and LISA PERRY. As a result, the Writ of Continuing Garnishment is no longer necessary. The United States requests that the Writ of Continuing Garnishment directed to Garnishee Take A Break Travel, and its successor or assigns, be dissolved and the any funds currently held by the Garnishee be paid or released to Defendant, Lisa Perry. LISA PERRY does not oppose this request.

A proposed order for the Court's consideration has been filed concurrently herewith.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney


 */s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I served all of the parties in this case the United States' Motion to Dissolve Writ of Continuing Garnishment by CM/ECF and by first class mail, postage prepaid, as follows:

<u>Garnishee:</u>
Take A Break Travel.
375 E. Warm Springs Rd., Ste. 202,
Las Vegas, NV 89119

<u>Judgment Debtor:</u>
Lisa Perry
8302 Belize Creek Ct
Las Vegas, NV 89113

                                             */s/ Summer A. Johnson*
                                             SUMMER A. JOHNSON
                                             Assistant United States Attorney

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00002-RCJ-GWF |
| Judgment Creditor, | **ORDER DISSOLVING WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| LISA PERRY | |
| Judgment Debtor, | |
| and | |
| TAKE A BREAK TRAVEL, and its Successors or Assigns, | |
| Garnishee. | |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to Take A Break Travel, and its successor or assigns, at 375 E. Warm Springs Rd., Ste. 202, Las Vegas, NV 89119.

WHEREAS a joint stipulation for an installment payment order has been filed in this case between the United States and LISA PERRY. As a result, the Writ of Continuing Garnishment is no longer necessary.

/ / /

/ / /

/ / /

1

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to Take A Break Travel, and its successor or assigns, on July 7, 2022 is hereby dissolved. Any funds currently held by the Garnishee shall be paid or released to Defendant, Lisa Perry.

Dated:  August 30, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE